USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

XSUNX, INC.,                                  :        08 Civ. 2150 (SHS)

                           Plaintiff,         :

               -against-                      :        ORDER

WHARTON CAPITAL PARTNERS, LTD.,               :
ET AL.,
                                              :
                           Defendants.

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that the last day for defendants to answer or move in

response to the complaint is adjourned until 20 days after the parties notify the Court, in writing,

that they are unable to work together.

Dated: New York, New York
      March 21, 2008

                                              SO ORDERED:

                                              _____
                                              Sidney H. Stein, U.S.D.J.