UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

XSUNX, INC.,                                   :

               Plaintiff,                  :      08 Civ. 2150 (SHS) (FM)

       -against-                              :

WHARTON CAPITAL PARTNERS, LTD.,    :
ET AL.,
                                                      :
               Defendants.
------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 3/24/08

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**XX** Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion for summary judgment

All such motions: ____

Dated: New York, New York
       March 24, 2008

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.