UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WHARTON CAPITAL PARTNERS      :
LTD, et ano,
                              :     **ORDER**
              Plaintiffs,
                              :     08 Civ. 56 (SHS)(FM)
       -against-
                              :
XSUNX, INC.,
                              :
              Defendant.
-------------------------------------------------------------x

XSUNX, INC.,                  :

              Plaintiff,      :

       -against-              :     08 Civ. 2150 (SHS)(FM)

WHARTON CAPITAL PARTNERS      :
LTD, et al.,
                              :
              Defendants.
                              :
-------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that the settlement conference in these matters previously scheduled for May 28, 2008, is rescheduled for May 1, 2008, at 10:00 a.m. in Courtroom 20A, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      New York, New York
            April 8, 2008

                                        FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Honorable Sidney H. Stein
United States District Judge

Jeffrey Adam Udell, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Fax: (212) 451-2222

Howard M Mille, Esq.
Rains & Pogrebin, P.C.
Fax: (516) 267-6301

Judith L Meadow, Esq.
Russ, August & Kabat
Fax: (310) 826-6991

William A Floratos, Esq.
Floratos Loll & Devine
Fax: (949) 553-0750